CONSTANTINE S. BROCOUM, Appellant.— Motion for stay granted on consent. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

NORMAN A. TAYLOR, Respondent, v. JAMES OWEN, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

IRVING J. WHITE, Respondent, v. JOHN H. DAHN, Appellant.— Motion to add appeal to the November term calendar denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

HATTIE WHORTON, Respondent, v. ABRAHAM STEIN, Appellant.— On consent, motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

VICTOR (VINCENT) ZMYRKO and THOMAS EDWARD GAFNEY, as Receiver, Appellants, v. JACOB (JOSEPH) STRAUB, Respondent.— Motion to add appeal to the November term calendar denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

SABITINO RUOCCHIO, Respondent, v. HARRY GOLOD and ZALME LULOFF, Appellants.— On argument, order denying motion to dismiss complaint affirmed, without costs. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

. IDA ABRAMSON, Respondent, v. BENJAMIN M. HELPRIN and Another, Appellants; SAMUEL FUCHS and Another, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ACHILLE MOGANNTE, Respondent, v. JOSEPH ALLAR, Appellant.— Motion to add appeal to the November term calendar denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ARTHUR REISMAN, Respondent, v. SAMUEL LEVY, Appellant.— Motion for stay granted upon condition that appellant furnish an undertaking with corporate surety in the sum of $1,000 within five days from the entry of the order herein to account for all property now or to come in his possession; that he will make no disposition of said property except in the regular course of business, and that he will argue the appeal on November thirteenth, otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ACME CAST STONE CORPORATION, Appellant, v. JOSEPH J. BLAKE and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ACME CAST STONE CORPORATION, Appellant, v. JOSEPH J. BLAKE and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

SALVATORE BATTAGLIA, Respondent, v. CARMELO MAZZA and Others, Defend-

ants; KINGS HIGHWAY DEVELOPMENT CO., INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

HENRY BOLES,' Respondent, v. MUNSON STEAMSHIP LINE, INC., Appellant, and Others, Defendants.— Motion to substitute Tillie Boles as administratrix granted. Motion to set the case down for the November term denied. Notice of argument should be served and the appeal brought on in the regular way. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

CHARLES G. BOND, as Trustee in Bankruptcy of the BAM REALTY AND CONSTRUCTION CO., INC., Respondent, v. NEW YORK TITLE AND MORTGAGE COMPANY, Appellant.— Motion for extension of time to answer amended complaint granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ELSA BRIBITZER, Respondent, v. GEORGE WAHLIG and ANTONI BERGAN, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. ROBERT WERBLOW and Others, Appellants.— Motion for extension of time granted. Present — Carswell, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

JOHN CARUCCI, Respondent, v. JOHN PALOMBELLA, etc., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

LILLIAN DERRER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

TILLIE FIREMAN, Respondent, v. MANNIS BERNSTEIN and Others, Appellants. — Motion for stay denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

LENA FISCHER, Respondent, v. MARIE CORDES, Appellant, and Others, Defendants.— Motion granted; time to serve bill of particulars extended until five days after determination of appeal upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

LENA FISCHER, Respondent, v. MARIE CORDES, Appellant, and Others, Defendants.— Motion granted; time to serve answer extended until five days after determination of appeal upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ISIDORE FORMAN, Appellant, v. S. & L. BUILDING CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be